AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| UNITED STATES OF AMERICA<br>V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| Nina Denise Johnson | Case Number: CR 06-99 (JJF) |

Wilmington, DE 19801

(Name and Address of Defendant)



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801**<br>Before:    Honorable Mary Pat Thynge, U.S. Magistrate Judge | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time<br>September 28, 2006 at 1:00 P.M. |

** Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)
X  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title  __18__  United States Code, Section(s)  __641__

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN AND CONVERT MONEY FROM THE SOCIAL SECURITY ADMINISTRATION

FILED 2006 SEP 25 AM 9:36 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

_Evette Watson, Deputy Clerk_      September 15, 2005 in Wilmington, DE
Signature of Issuing Officer       Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

Scanned- _BE_ 9/25/06

AO83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   9-22-06            DW Thomas
           Date                Name of United States Marshal

                              BT Fahey
                              (by) Deputy United States Marshal

Remarks:

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website
OFFICIAL
Postage $
Certified Fee
Return Reciept F (Endorsement Req)    Postmark Here
Restricted D (Endorsem

Nina Denise Johnson
Wilmington, DE 19801

7004 1160 0000 7935 6237

PS Form ___ ne 2002        See Reverse for Instructions

¹ As to who may serve a summons, se