UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.                             : | Criminal Action No. 06-99-JJF |
| : | |
| NINA D. JOHNSON, : | |
| : | |
| : | |
| Defendant. : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Nina D. Johnson, in the above-captioned matter.

/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Acting Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  October 5, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Nina D. Johnson hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 5, 2006, to:

> David L. Hall, Esquire
> Assistant United States Attorney
> 1007 Orange Street, Suite 700
> Wilmington, DE   19801

>  /s/ Eleni Kousoulis
> ELENI KOUSOULIS, ESQUIRE
> Acting Federal Public Defender
> First Federal Plaza, Suite 110
> 704 King Street
> Wilmington, DE   19801

DATED:  October 5, 2006