PS 42
(Rev. 7/93)

# United States District Court
### District Of

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs. | ) |
| Nina Johnson | ) |
| | ) Case No. 01:CR060099 |



RECEIVED

FILED

NOV - 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Nina Johnson___, have discussed with ___Nancy Klingler___, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall participate in mental health treatment as directed by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_Nina Johnson_   11/25/06        _Nancy A. Klingler_   10/25/06
Signature of Defendant   Date          Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Eleni Kousoulis_                        10/27/06
Signature of Defense Counsel              Date

☒ The above modification of conditions of release is ordered, to be effective on ___11/3/06___.
☐ The above modification of conditions of release is *not* ordered.

_[signed]_                             11/3/06
Signature of Judicial Officer            Date