## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Crim. A. No. 06-99 (JJF) |
| v. | : | |
| | : | |
| NINA DENISE JOHNSON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney David L. Hall as

attorney of record on behalf of the United States of America, and enter the appearance of

Assistant United States Attorney Sophie E. Bryan.

/s/
_____

Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov

Dated:   November 21, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Crim. A. No. 06-99 (JJF) |
| v. | : | |
| | : | |
| NINA DENISE JOHNSON, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby

certify that on the 21st of November 2006, I caused to be filed electronically a Notice of

Substitution of Counsel with the Clerk of the Court using CM/ECF, which will be available for

public viewing and downloading. I further certify that a copy of the foregoing notice was served

electronically on counsel of record as follows:

Eleni Kousoulis, Esquire
Acting Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

/s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov