IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-99 JJF |
| NINA DENISE JOHNSON, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on September 28, 2006, the above named Defendant entered a plea of not guilty to the charge pending against her in this Court;

WHEREAS, no pretrial motions have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, January 11, 2007 at 2:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and January 11, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

December 12, 2006   _____
DATE                UNITED STATES DISTRICT JUDGE

FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE