IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-99 JJF |
| NINA DENISE JOHNSON, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on January 11, 2007, the Court held a Scheduling Conference in the above-captioned case;

WHEREAS, the Court was advised that a Memorandum of Plea Agreement would be filed;

WHEREAS, a Memorandum of Plea Agreement has now been filed (D.I. 13);

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, January 31, 2007 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and January 31, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

January 18, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE