IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 06-099-JJF
:
NINA DENISE JOHNSON, :
:
    Defendant. :

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, May 23, 2007, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 14, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
MAR 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE