IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 06-99-JJF |
| NINA DENISE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Sophie E. Bryan and enter the appearance of Assistant United States Attorney Ilana H. Eisenstein as counsel of record for the government in the above-captioned case. Please be advised that AUSA Sophie E. Bryan no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana H. Eisenstein.

                                                    Respectfully submitted,

                                                    COLM F. CONNOLLY
                                                    United States Attorney

                              By:    /s/Ilana H. Eisenstein
                                          Ilana H. Eisenstein
                                          Assistant United States Attorney

Dated: May 29, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 06-99-JJF |
| NINA DENISE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on May 29, 2007, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis
Assistant Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

/s/Jennifer Brown
Jennifer Brown